IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORGE LUIS RIVERA-REYES,**<br>Plaintiff, | : | CIVIL ACTION |
| vs. | : | NO.  22-cv-2615 |
| **KILOLO KIJAKAZI,**<br>**Acting Commissioner of Social Security,**<br>Defendant. | : | |

## O R D E R

AND NOW, this 13th day of March, 2023, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Commissioner's Uncontested Motion to Remand (ECF No. 19) is GRANTED;

3. Plaintiff's Request for Review (ECF No. 15) is DENIED as moot;

4. this matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g); and

5. on remand, the Appeals Council will issue a favorable decision finding Plaintiff disabled as of December 24, 2015.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY,   J.