**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JORGE LUIS RIVERA-REYES,** | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-02615** |
| | : | |
| **KILOLO KIJAKAZI,** | : | |
| **Acting Commissioner of Social Security.,** | : | |
| *Defendant*. | : | |

## ORDER AND JUDGMENT

**AND NOW**, this **31st** day of **July 2023**, upon consideration of Plaintiff's Motion for Attorney Fees (ECF No. 23), Defendant's Response (ECF No. 26), and Plaintiff's Reply (ECF No. 31), and following Oral Argument held on July 25, 2023, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED in part** and **DENIED in part**.

Judgment is hereby **ENTERED** in favor of Plaintiff in the sum of $14,950.00, reflecting Plaintiff's reasonable attorney's fees. Defendant shall submit payment on or before September 29, 2023.

The Clerk of Court is hereby directed to close the above-captioned case.


**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, J.**